**Steven M. MOHN, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 47897.

Missouri Court of Appeals,
Western District.

Jan. 18, 1994.

Lorry L. Kohrs, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, P.J., and ULRICH and SPINDEN, JJ.

### ORDER

PER CURIAM.

Appeal from the dismissal of a Rule 24.035 motion for post-conviction relief. Affirmed. Rule 84.16(b).

■

**Patricia Lou STAFFORD, Respondent,**

v.

**Randall Keith STAFFORD, Appellant.**

No. WD 47521.

Missouri Court of Appeals,
Western District.

Jan. 18, 1994.

James R. Bickel, Anita D. Conbo, Nevada, for appellant.

Wm. G. McCaffree, Nevada, for respondent.

Before TURNAGE, P.J., and HANNA and ELLIS, JJ.

### ORDER

PER CURIAM:

Randall Stafford appeals portions of the decree of dissolution of marriage concerning division of marital property, the award of maintenance to Patricia, and the award to Patricia of $1,000 for attorney's fees in the event Randall appeals the court's order.

The judgment is affirmed. Rule 84.16(b).